# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY RANDALL

        v.

PIERCE COUNTY JAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5565BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

>The R & R is **ADOPTED** (Dkt. 17); and
>
>Randall's complaint is **DISMISSED without prejudice** for failure to exhaust his administrative remedies.

   March 22, 2011                                                BRUCE RIFKIN
Date                                                                      Clerk

                                                                           *s/CM Gonzalez*
                                                                           Deputy Clerk